IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| IVY SKIDMORE<br><br>Plaintiff,<br><br>v.<br><br>CACI, INC. - FEDERAL<br><br>Defendant. | Civil Action No.: 8:24-cv-2736-PJM |

**CONSENT MOTION OF DEFENDANT CACI, INC. - FEDERAL
FOR EXTENSION OF TIME**

Defendant CACI, Inc. ("Defendant"), by its undersigned attorneys and with the consent of Plaintiff, hereby moves this Court for an extension of time of an additional two (2) weeks to file its opposition to Plaintiff's motion for leave to amend complaint and to file its Reply in support of Defendant's Motion to Dismiss.

WHEREFORE, Defendant respectfully requests that the Court enter an order extending the deadline for Defendant to file its Opposition to Plaintiff's motion for leave to amend complaint and extending the deadline for Defendant to file its Reply in support of Defendant's Motion to Dismiss, through and including December 23, 2024.

Respectfully submitted,

Date: November 26, 2024

/s/ Michelle M. McGeogh
Michelle M. McGeogh
Federal Bar No. 28778
BALLARD SPAHR LLP
111 S. Calvert St., 27th Floor
Baltimore, Maryland 21202
Tel: (410) 528-5600
Fax: (410) 528-5650
E-mail: mcgeoghm@ballardspahr.com

DMFIRM #414554407 v1

                                                                                               Louis L. Chodoff*  
                                                                                               Ballard Spahr LLP  
                                                                                               700 East Gate Drive  
                                                                                               Suite 330  
                                                                                               Mount Laurel, NJ 08054  
                                                                                               856-761-3436 (D)  

Louis L. Chodoff*  
Ballard Spahr LLP  
700 East Gate Drive  
Suite 330  
Mount Laurel, NJ 08054  
856-761-3436 (D)  
856-986-0816 (C)  
856-761-1020 (F)  
Email: chodoffl@ballardspahr.com  
*Admitted *Pro Hac Vice*

*Attorneys for Defendant*

DMFIRM #414554407 v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of November, 2024, a true and correct copy of the foregoing was served by ECF notification to:

>John B. Stolarz
>The Stolarz Law Firm
>6509 York Road
>Baltimore, MD 21212
>stolarz@verizon.net
>
>*Counsel for Plaintiff*

/s/ Michelle M. McGeogh
Michelle M. McGeogh
