# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (SOUTHERN DIVISION)

| | |
|---|---|
| IVY SKIDMORE<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CACI, INC. - FEDERAL<br><br>　　　　　　Defendant. | Civil Action No.: 8:24-cv-2736-PJM |

## ORDER

Upon consideration of the Consent Motion of Defendant CACI, Inc. – Federal for Extension of Time ("Motion"), it is this _____ day of _____, 2024, hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the deadline for Defendant CACI, Inc. - Federal to file its Opposition to Plaintiff's Motion for Leave to Amend Complaint (ECF 16) is extended through and including December 23, 2024; and it is further

**ORDERED** that the deadline for Defendant CACI, Inc. - Federal to file its Reply in Support of its Motion to Dismiss (ECF 11) is extended through and including December 23, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Peter J. Messitte
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge