IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| IVY SKIDMORE<br><br>Plaintiff,<br><br>v.<br><br>CACI, INC. - FEDERAL<br><br>Defendant. | Civil Action No.: 8:24-cv-2736-PJM |

### ORDER

Upon consideration of the Consent Motion of Defendant CACI, Inc. – Federal for Extension of Time ("Motion"), it is this 26 day of Nov, 2024, hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the deadline for Defendant CACI, Inc. - Federal to file its Opposition to Plaintiff's Motion for Leave to Amend Complaint (ECF 16) is extended through and including December 23, 2024; and it is further

**ORDERED** that the deadline for Defendant CACI, Inc. - Federal to file its Reply in Support of its Motion to Dismiss (ECF 11) is extended through and including December 23, 2024.

_____
Peter J. Messitte
United States District Judge

DMFIRM #414554491 v1