IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IVY SKIDMORE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 8:24-cv-2736-PJM |
| ) | |
| CACI, INC. - FEDERAL ) | |
| ) | |
| Defendant. ) | |
| ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Rebecca A. Leaf, Ballard Spahr LLP, as counsel on behalf of Defendant CACI, Inc. - Federal in the above-referenced matter.

Respectfully submitted,

/s/     Rebecca A. Leaf
Rebecca A. Leaf
Federal Bar No. 30351
leafr@ballardspahr.com
Ballard Spahr LLP
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202
Telephone:  (410) 528-5549
Facsimile:  (410) 528-5650

*Attorney for Defendant.*

DMFIRM #414717032 v1