# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IVY SKIDMORE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 8:24-cv-2736-PJM |
| | ) |
| CACI, INC. - FEDERAL | ) |
| | ) |
| Defendant. | ) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MICHELLE M. MCGEOGH

UPON CONSIDERATION of Defendant CACI, Inc. - Federal's ("Defendant") Motion for Leave to Withdraw Appearance of Michelle M. McGeogh, and for good cause shown, it is this  27  day of  December , 2024, hereby

**ORDERED**, that the motion to withdraw Michelle M. McGeogh as counsel of record for Defendant is **GRANTED** and it is further

**ORDERED**, that the appearance of Michelle M. McGeogh as counsel of record shall be **WITHDRAWN** and terminated on the case docket.

_____
The Hon. Peter J. Messitte
United States District Judge

DMFIRM #414717109 v1