IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **IVY SKIDMORE,** | * | |
| *Plaintiff,* | * | |
| v. | * | |
| **CACI, INC. - FEDERAL,** | * | Case No.: 8:24-cv-02736-PJM |
| *Defendant.* | * | |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Extend the Time to Respond to Defendant CACI, Inc. - Federal's Opposition to Plaintiff's Motion for Leave To Amend Complaint, and any response thereto, it is this ___6th___ day of ___January___, 2025, by the United States District Court for the District of Maryland,

**ORDERED,** That the time within which Plaintiff may reply to Defendant CACI, Inc. - Federal's Opposition to Plaintiff's Motion for Leave To Amend Complaint, be extended to January 13, 2025.

Peter J. Messitte,
U.S. District Judge

cc:   John B. Stolarz, Esquire
      Louis L. Chodoff, Esquire

W:\5484\Motions\ORDER- Motion to Extend Reply deadline.wpd