**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | |
|---|---|
| IVY SKIDMORE<br><br>          Plaintiff,<br><br>      v.<br><br>CACI, INC. - FEDERAL<br><br>        Defendant. | Civil Action No.: 8:24-cv-2736-MJM |

## ORDER

Upon consideration of the Consent Motion of Defendant CACI, Inc. – Federal for Extension of Time ("Motion"), it is this __25th__ day of __September__, 2025, hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the deadline for Defendant CACI, Inc. – Federal to file its response to Plaintiff's Amended Complaint (ECF 29) is extended through and including October 20, 2025.

 

 

                                        /S/
                              _____
                              Matthew J. Maddox
                              United States District Judge