IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IVY SKIDMORE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 8:24-cv-2736-MJM |
| | ) |
| CACI, INC. - FEDERAL | ) |
| | ) |
| Defendant. | ) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Justen R. Barbierri, Ballard Spahr LLP, as co-counsel on behalf of Defendant CACI, Inc. - Federal in the above-referenced matter. I certify that I am admitted to practice in this Court.

Respectfully submitted,

Justen R. Barbierri
Federal Bar No. 31540
barbierrij@ballardspahr.com
Ballard Spahr LLP
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5621
Facsimile: (410) 528-5650

*Attorney for Defendant*

#4924-5714-4434 v2

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 15th day of October, 2025, a true and accurate copy of the foregoing Notice of Entry of Appearance was filed and served via ECF.

/s/ Justen R. Barbierri
_____
Justen R. Barbierri