# THE STOLARZ LAW FIRM

―――

6509 York Road
Baltimore, Maryland 21212
**(410) 532-7200**
Fax: (410) 372-0529
Email: stolarz@verizon.net

November 18, 2025

**Via Email Only**

Hon. Matthew J. Maddox
U. S. District Court for the District of Maryland
101 West Lombard Street
Chambers 3B
Baltimore, MD 21201

RE:   *Ivy Skidmore v. CACI, Inc. -Federal*
      Case No:    8:24-cv-02736-PJM
      File No.:   5484

Dear Judge Maddox:

The parties have conferred and jointly request the following modifications to the proposed Scheduling Order.

The parties request that the Scheduling Order deadlines be extended by two months, as follows:

|  | **Original Deadline** | **Proposed Deadline** |
|---|---|---|
| Joinder of additional parties/amend. pleadings | 12/26/2025 | 2/26/2026 |
| Plaintiff's rule 26(a)(2) disclosures | 1/9/2026 | 3/9/2026 |
| Defendant's Rule 26(a)(2) disclosures | 2/9/2026 | 4/9/2026 |
| Plaintiff's Rebuttal Rule 26(a)(2) Disclosures | 2/23/2026 | 4/23/2026 |
| Rule 26(e(2) Supp. of disclosures and responses | 3/2/2026 | 5/4/2026 |
| Discovery deadline: submission of status report | 3/25/2026 | 5/25/2026 |
| Requests for Admissions | 4/1/2026 | 6/1/2026 |
| Dispositive pretrial motions deadline | 4/24/2026 | 6/24/2026 |

The parties request 30 deposition hours per side.

There is no agreement on proceeding before a U.S. Magistrate Judge.

Hon. Matthew J. Maddox
November 18, 2025
Page Two

---

There is no agreement on early mediation at this time.

Best regards,

/s/

John B. Stolarz
Attorney for Plaintiff

cc: Rebecca A. Leaf, Esquire
Justen R. Barbierri, Esquire
Louis L. Chadoff, Esquire

W:\5484\Scheduling Order\Maddox lt - SO Modifications.wpd