**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IVY SKIDMORE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 8:24-cv-2736-MJM |
| | ) | |
| CACI, INC. - FEDERAL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Shanae T. Jones, Ballard Spahr LLP, as co-counsel on behalf of Defendant CACI, Inc. - Federal in the above-referenced matter.  I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Shanae T. Jones*
Shanae T. Jones
Federal Bar No. 32111
jonesst@ballardspahr.com
Ballard Spahr LLP
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5566
Facsimile: (410) 528-5650

*Attorney for Defendant*

#4919-2468-0344 v1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 18th day of March, 2026, a true and accurate copy of the foregoing Notice of Entry of Appearance was filed and served via ECF.

*/s/ Shanae T. Jones*
Shanae T. Jones