**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IVY SKIDMORE, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. MJM-24-2736 |
| CACI, INC. – FEDERAL, | : | |
| Defendant. | : | |

**STIPULATION TO AMEND SCHEDULING ORDER**

Plaintiff Ivy Skidmore and Defendant CACI, Inc. – Federal, by and through their undersigned counsel, hereby submit this Stipulation to Amend Scheduling Order and state as follows:

1.    On December 5, 2025, this Court entered a Scheduling Order (ECF 36), setting forth the following deadlines in this case:

| Event | Current Deadline |
|---|---|
| May 25, 2026 | Discovery deadline |
| June 1, 2026 | Request for Admissions |
| June 24, 2026 | Dispositive pretrial motions deadline |

2.    Since the entry of the Scheduling Order, the parties have exchanged written discovery requests and responses.

3.    The parties are also in the process of arranging depositions, which, due to scheduling conflicts, the parties anticipate taking place in June.

4.      The parties have conferred and agree to extend the foregoing deadlines by 60 days in order to complete depositions.

5.      The parties also request this extension of time in order to continue exploring settlement opportunities while completing discovery.  The parties have a settlement conference on July 22, 2026 before Judge Quereshi.

6.      No prior extensions of the Scheduling Order have been sought or granted.

WHEREFORE, the parties jointly request that the Court amend the Scheduling Order (ECF 36) to provide for the following amended deadlines:

| Event | Deadline |
| --- | --- |
| July 24, 2026 | Discovery deadline |
| July 31, 2026 | Request for Admissions |
| August 24, 2026 | Dispositive pretrial motions deadline |

Dated: April 17, 2026                            Respectfully submitted,

/s/ John B. Stolarz_____          /s/ Rebecca A. Leaf_____
John B. Stolarz                                 Rebecca A. Leaf
(signed by Rebecca A. Leaf with permission of     Fed. Bar. No. 30351
John B. Stolarz)
Fed. Bar. No. 01929
STOLARZ LAW FIRM                                BALLARD SPAHR LLP
6509 York Road                                  111 S. Calvert St., 27th Floor
Baltimore, Maryland 21212                       Baltimore, Maryland 21202
Tel: (410) 532-7200                             Tel: (410) 528-5600
Fax: (410) 372-0529                             Fax: (410) 528-5650
E-mail: Stolarz@verizon.net                     E-mail: leafr@ballardspahr.com


*Attorney for Plaintiff*                          *Attorney for Defendant*