**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| IVY SKIDMORE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. MJM-24-2736 |
| | : | |
| CACI, INC. – FEDERAL, | : | |
| | : | |
| Defendant. | : | |

**ORDER AMENDING SCHEDULING ORDER**

On April 17, 2026, the parties submitted a Stipulation to Amend the December 5, 2025 Scheduling Order (ECF 36). Upon consideration of the Stipulation, the record in this case, and the applicable law, it is this _17th_ day of _April_, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED that the deadlines in the Scheduling Order are amended as follows:

| Event | Deadline |
|---|---|
| July 24, 2026 | Discovery deadline |
| July 31, 2026 | Request for Admissions |
| August 24, 2026 | Dispositive pretrial motions deadline |

_____
Timothy J. Sullivan
Chief United States Magistrate Judge