**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IVY SKIDMORE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 24-cv-02736-MJM-AAQ |
| | : | |
| CACI, INC. – FEDERAL, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO AMEND SCHEDULING ORDER AND
POSTPONE JULY 22, 2026 SETTLEMENT CONFERENCE**

Plaintiff Ivy Skidmore and Defendant CACI, Inc. – Federal, by and through their undersigned counsel, hereby submit this Joint Motion to Amend Scheduling Order and Postpone July 22, 2026 Settlement Conference, and state as follows:

1.    On April 17, 2026, this Court entered an Order Amending Scheduling Order (ECF 45), setting forth the following deadlines in this case:

| Event | Current Deadline |
|---|---|
| July 24, 2026 | Discovery deadline |
| July 31, 2026 | Request for Admissions |
| August 24, 2026 | Dispositive pretrial motions deadline |

2.    Since the entry of the Scheduling Order, the parties have meaningfully participated in discovery, and they have exchanged written discovery responses and documents; however, document productions and depositions are still not complete.

3.    The parties have conferred and agree to extend the foregoing deadlines by 60 days in order to complete discovery, including depositions.

4. The parties also request a continuance of the settlement conference scheduled for July 22, 2026 before Magistrate Judge Ajmel Ahsen Quereshi.

WHEREFORE, the parties jointly request that the Court amend the Scheduling Order to provide for the amended deadlines below and that the Settlement Conference scheduled for July 22, 2026 be postponed until on or after September 22, 2026.

| Event | Deadline |
|---|---|
| September 22, 2026 | Discovery deadline |
| September 29, 2026 | Request for Admissions |
| October 22, 2026 | Dispositive pretrial motions deadline |

Dated: July 10, 2026

Respectfully submitted,

/s/ John B. Stolarz_____
John B. Stolarz
(signed by Rebecca A. Leaf with permission of John B. Stolarz)
Fed. Bar. No. 01929
STOLARZ LAW FIRM
6509 York Road
Baltimore, Maryland 21212
Tel: (410) 532-7200
Fax: (410) 372-0529
E-mail: Stolarz@verizon.net

/s/ Rebecca A. Leaf_____
Rebecca A. Leaf
Fed. Bar. No. 30351

BALLARD SPAHR LLP
111 S. Calvert St., 27th Floor
Baltimore, Maryland 21202
Tel: (410) 528-5600
Fax: (410) 528-5650
E-mail: leafr@ballardspahr.com

*Attorney for Plaintiff*

*Attorney for Defendant*

2