**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

IVY SKIDMORE,

      Plaintiff,

      v.

CACI, INC. – FEDERAL,

      Defendant.

Civ. No. 8:24-cv-02736-MJM-AAQ

## ORDER

Upon consideration of the Joint Motion to Amend Scheduling Order and Postpone July 22, 2026 Settlement Conference, it is this _____ day of _____, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED that Settlement Conference scheduled for July 22, 2026 be postponed until after September 22, 2026; and it is further

ORDERED the deadlines in the Scheduling Order are amended as follows:

| Event | Deadline |
|---|---|
| September 22, 2026 | Discovery deadline |
| September 29, 2026 | Request for Admissions |
| October 22, 2026 | Dispositive pretrial motions deadline |

_____
Matthew J. Maddox
United States District Judge