**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| IVY SKIDMORE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 8:24-cv-02736-MJM-AAQ |
| | : | |
| CACI, INC. – FEDERAL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Joint Motion to Amend Scheduling Order and Postpone July 22, 2026 Settlement Conference, it is this  13th  day of  July , 2026, by the United States District Court for the District of Maryland, hereby

ORDERED that the parties shall contact Judge Quereshi's chambers (MDD_AAQchambers@mdd.uscourts.gov) to reschedule the settlement conference; and

ORDERED the deadlines in the Scheduling Order are amended as follows:

| Event | Deadline |
|---|---|
| September 22, 2026 | Discovery deadline; status report |
| September 29, 2026 | Request for Admissions |
| October 22, 2026 | Dispositive pretrial motions deadline |

_____
Timothy J. Sullivan
Chief United States Magistrate Judge