**ACKNOWLEDGED 11/4/26**
**/S/ Matthew J. Maddox**
**U.S. District Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IVY SKIDMORE, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No.: 8:24-cv-02736-MJM |
| CACI, INC. - FEDERAL, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**JOINT STATUS REPORT**

Plaintiff Ivy Skidmore ("Plaintiff") and Defendant CACI, Inc. – Federal ("Defendant") (collectively, the "Parties"), by their undersigned counsel, and pursuant to Section III of the Court's Scheduling Order dated December 5, 2025 (ECF No. 36), submit the following Joint Status Report:

a. **Status of Discovery**. Discovery has been completed.

b. **Pending Motions**. There are no motions currently pending before the Court.

c. **Dispositive Pretrial Motions**. Defendant intends to file a motion for summary judgment.

d. **Trial**. Plaintiff has requested a jury trial. The Parties anticipate that trial will take approximately one (1) week.

e. **Settlement Negotiations**. The Parties certify that they have met to conduct serious settlement negotiations. Specifically, the Parties participated in a settlement conference before United States Magistrate Judge Ajmel A. Quereshi on September 18, 2026, at 10:00 a.m. via Zoom. The settlement conference was attended by Ivy Skidmore (Plaintiff), John Stolarz, Esq. (Plaintiff's counsel), Hannah Breshin, Esq. (Defendant's in-house counsel), Rebecca Leaf, Esq. (Defendant's

outside counsel), and Justen Barbierri, Esq. (Defendant's outside counsel). The case did not resolve.

f. **Referral for ADR**. The Parties do not believe that referral of this case to another judge of this Court for an additional settlement or other ADR conference would be helpful at this time.

g. **Consent to Proceed Before a Magistrate Judge**. The Parties do not consent, pursuant to 28 U.S.C. § 636(c), to have a United States Magistrate Judge conduct all further proceedings in this case.

h. **Other Matters**. The Parties are not aware of any other matters that should be brought to the Court's attention at this time.

Respectfully submitted,

/s/
Rebecca A. Leaf, Esq. (Fed. Bar No. 30351)
Justen R. Barbierri, Esq. (Fed Bar No. 31540)
Ballard Spahr LLP
111 S. Calvert Street, 27th Floor
Baltimore, MD 21202
Tel: (410) 528-5600
Fax: (410) 528-5650
leafr@ballardspahr.com
barbierrij@ballardspahr.com

Date: October 30, 2026

*Attorneys for Defendant*

/s/
John Stolarz, Esq. (Fed. Bar. No. 01929)
The Stolarz Law Firm
6509 York Road
Baltimore, MD 21212
Tel: (410) 532-7200
Fax: (410) 372-0529
stolarz@verizon.net

Date: October 30, 2026

*Attorney for Plaintiff*